No. 78–5725.  REES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–5727.  BOYD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–5733.  BOWMAN v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 78–5744.  LEVY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–5745.  PORTER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–5753.  PATTERSON v. RIDDLE, PENITENTIARY SUPERINTENDENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–5755.  SWANSON v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 5th Cir.  Certiorari denied.

No. 78–5758.  MARSILI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–5762.  LUCK v. JACKSON, CORRECTIONS DIRECTOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 78–5774.  BEECHUM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–5775.  SILMAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 78–5776.  CABRAL-AVILA ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 78–5778.  BATTLE v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.